1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WARD<br><br>          Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>          Defendant. | CASE NUMBER: 1:21-cv-00402-GSA<br><br>**ORDER DIRECTING FILING OF LONG FORM IFP APPLICATION** |

On March 11, 2021 Plaintiff filed a complaint in this Court and applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915.  Docs. 1–2.  Additional information is needed to evaluate the application.

Accordingly, Plaintiff is **DIRECTED** to file the long form IFP application (AO 239) within 10 days of the entry of this order.

IT IS SO ORDERED.

Dated:   __March 15, 2021__                     _____ /s/ Gary S. Austin_____
                                           UNITED STATES MAGISTRATE JUDGE

1