UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WARD<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:21-cv-00402-GSA<br><br>**ORDER TERMINATING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS; AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND NEW CASE DOCUMENTS**<br><br>**(Docs. 2)** |

On March 11, 2021 Plaintiff filed a complaint in this Court and applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915. Docs. 1–2. On March 15, 2021 the Court direct the filing of a long form IFP application. Doc. 3. On March 23, 2021, Plaintiff paid the filing fee.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is terminated as moot;

2. The Clerk of Court is directed to issue summons and new case documents, including a Scheduling Order (Social Security Appeal), Order Re Consent or Request for Reassignment, and notice and form of consent to proceed before a magistrate judge;

3. Plaintiff shall serve the summons, complaint, notice and form of consent to proceed before a magistrate judge, a copy of the Scheduling Order, and a copy of this order on the Commissioner and file proof of service with the Court

1

4.  The Court will enter the stay pursuant to general order 615 after the summons is issued.

IT IS SO ORDERED.

Dated:  **March 24, 2021**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE