1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BERNARD WARD,

          Plaintiff,

  v.

KILOLO KIJAKAZI, ACTING
Commissioner of Social Security,

          Defendant.

CASE NO.: 1:21-cv-00402-JLT-GSA

**ORDER VACATING OLD
SCHEDULING ORDER AND
DIRECTING CLERK TO ISSUE NEW
SCHEDULING ORDER**

      The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, it is **ORDERED** that the previously issued scheduling order, Doc. 6, is **VACATED** and the Clerk of Court is **DIRECTED** to **ISSUE** the revised social security scheduling order which dispenses with the confidential letter briefing requirement and sets forth a 45-45-15 day briefing timeline on the motion for summary judgment.

IT IS SO ORDERED.

    Dated:  __**February 3, 2022**__           _____**/s/ Gary S. Austin**_____
                                      UNITED STATES MAGISTRATE JUDGE