1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 BERNARD WARD,                                    ) Case No.: 1:21-cv-0402 JLT GSA
                                                   )
12          Plaintiff,                             ) ORDER REMANDING THE MATTER
                                                   ) PURSUANT TO SENTENCE FOUR OF 42 U.S.C.
13     v.                                          ) § 405(g)
                                                   )
14 KILOLO KIJAKAZI[1]                              ) ORDER DIRECTING ENTRY OF JUDGMENT
   Acting Commissioner of Social Security,         ) IN FAVOR OF PLAINTIFF BERNARD WARD
15                                                 ) AND AGAINST DEFENDANT KILOLO
            Defendant.                             ) KIJAKAZI, ACTING COMMISSIONER OF
16                                                 ) SOCIAL SECURITY
                                                   )
17 _____)

18          Bernard Ward and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a

19 voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. §

20 405(g) on June 6, 2022.  (Doc. 24.)  Pursuant to the terms of the stipulation, the matter shall be

21 remanded for an ALJ issue a new decision.  (*Id*. at 1.)  The parties agree the ALJ shall "re-evaluate the

22 medical and opinion evidence of record."  (*Id*.)  Further, the parties stipulated judgment shall be

23 entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

24 (*Id*. at 2.)

25 ///

26

27 _____
   [1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security.
28 (*See* Doc. 1 at 1.)  The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of
   Social Security, as the defendant.  *See* Fed. R. Civ. P. 25(d).

1

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

2. Plaintiff's motion for summary judgment (Doc. 23) is terminated as **MOOT**.

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Bernard Ward and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **June 6, 2022**

UNITED STATES DISTRICT JUDGE

2