UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0402 JLT GSA<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUAN TO 28 U.S.C. § 1920<br><br>(Doc. 27) |

Bernard Ward and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $6,699.26 pursuant to the Equal Access to Justice Act and $402.00 in costs under 28 U.S.C. §1920.  (Doc. 27.)  Accordingly, the Court **ORDERS:**  Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $6,699.26 under 28 U.S.C. § 2412(d), and costs in the amount of $402.00 under 28 U.S.C. §1920.

IT IS SO ORDERED.

　　Dated: __**September 2, 2022**__　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).