UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0402 JLT GSA<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS AND GRANTING THE MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)<br><br>(Docs. 29, 32) |

　　　　Jonathan O. Peña, counsel for Plaintiff Bernard Ward, seeks an award of attorney's fees in the amount of $43,003.43, pursuant to 42 U.S.C. § 406(b). (Doc. 29.) The magistrate judge found the requested fees are reasonable based upon "the character of the representation, the result achieved, and the fee amounts awarded in similar cases." (Doc. 32 at 3; *see also id.* at 1-3.) Therefore, the magistrate judge recommended the motion for fees be granted, payment be directed to Counsel, and Counsel be directed to refund the fees previously awarded to Plaintiff under the Equal Access to Justice Act. (*Id.* at 3-4.)

　　　　The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 32 at 4.) The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither party filed objections, and the time to do so has passed.

1

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated November 11, 2024 (Doc. 32) are **ADOPTED** in full.
2. Counsel's motion for attorney fees pursuant to 42 U.S.C. 406(b) (Doc. 29) is **GRANTED**.
3. The funds **SHALL** be paid to counsel, Jonathan O. Peña, out of the funds withheld by the Social Security Administration, in the amount of $43,003.43.
4. After payment of fees, any remaining funds being held by the Administration **SHALL** be released to Plaintiff, Bernard Ward.
5. Counsel **SHALL** refund the previously awarded fees in the amount of $6,699.26 to Plaintiff.
6. The Clerk of Court is directed to serve a copy of this Order on Plaintiff Barnard Ward, 2412 E. Tulare Ave., Fresno, CA 93292.

IT IS SO ORDERED.

Dated: __**December 12, 2024**__

UNITED STATES DISTRICT JUDGE

2